IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLORADO

Civil Action No. 04-CV-1876-RPM-CBS

**KIRK WARREN**

     Plaintiff,

vs.

**AMERICAN BANKERS INSURANCE COMPANY OF FLORIDA**

     Defendant.

---

### ORDER GRANTING MOTION TO WITHDRAW

---

THIS MATTER comes before the Court on July 19, 2005, on a **MOTION TO WITHDRAW** filed by **PAUL R. FLICK**. Finding good cause, the Court hereby grants the Motion to Withdraw. Paul R. Flick is hereby permitted to withdraw as counsel of record for American Bankers Insurance Company of Florida.

Dated this 21st day of July, 2005.

BY THE COURT:

*/s/ Richard Matsch*
Honorable Richard Matsch
United States District Court
District of Colorado

00189001