IN THE UNITED STATES DISTRICT COURT

FOR THE STATE OF COLORADO

Civil Action No. 04-cv-1876-RPM-CBS

KIRK WARREN,

    Plaintiff,

v.

AMERICAN BANKERS INSURANCE COMPANY OF FLORIDA, a Florida insurance

company,

    Defendant.

---

**ORDER RE: STIPULATED CONFIDENTIALITY AGREEMENT**

---

    It is hereby ORDERED that the Stipulated Confidentiality Agreement, tendered to the Court on November 4, 2005, is GRANTED and made an Order of Court.

    Date: November 7th, 2005.

                      BY THE COURT:

                      s/Richard P. Matsch

                      Senior United States District Judge