IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 04-cv-01876-RPM

KIRK WARREN,

        Plaintiff,

v.

AMERICAN BANKERS INSURANCE COMPANY OF FLORIDA,

        Defendant.

**Minute Order Entered by Senior District Judge Richard P. Matsch:**


s/M.V. Wentz
 Secretary


  Defendant's Unopposed Motion to Vacate and Reschedule Pretrial Conference (Doc. #87) is granted.  The conference set for April 28, 2006, is vacated and **rescheduled for May 4, 2006, at 2:00 p.m.**


Dated:  February 22, 2006