IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.  04-cv-01876-RPM

KIRK WARREN,

        Plaintiff,

v.

AMERICAN BANKERS INSURANCE COMPANY OF FLORIDA,

        Defendant.

## ORDER ON MOTION FOR PROTECTIVE ORDER

      Today the defendant filed a motion for protective order to prevent the deposition of Lindsey Fisher to be taken on March 29, 2006.  The plaintiff filed a response.  From these papers, the Court finds and concludes that counsel for the defendant agreed to a discovery deposition of non-party Lindsey Fisher on March 23, 2006, to be taken on March 29, 2006.  On March 27, 2006, an amended notice of taking of the deposition was submitted to defendant's counsel referring to "a preservation deposition."  Presumably, that refers to a deposition to be used as evidence at trial.  That notice is untimely and in the absence of agreement by defendant's counsel, it is inappropriate.  It is now

      ORDERED that the motion for a protective order is denied in that a discovery deposition pursuant to Fed. R. Civ. P. 30 and 26 may proceed as scheduled for Lindsey Fisher on March 29, 2006, and it is

      FURTHER ORDERED that no preservation deposition will be taken.  The

admissibility of portions of the deposition at trial will depend upon a requisite showing under Fed. R. Civ. P. 32.

Dated: March 28, 2006

BY THE COURT:

s/Richard P. Matsch
_____
Richard P. Matsch, Senior District Judge