IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.  04-cv-01876-RPM

KIRK WARREN,

        Plaintiff,

v.

AMERICAN BANKERS INSURANCE COMPANY OF FLORIDA,

        Defendant.

---

ORDER DENYING MOTION TO STAY DISCOVERY AND PENDING LITIGATION

---

        Upon consideration of the Motion of American Bankers Insurance Company of Florida to Stay Discovery and Pending Litigation (Doc. #103), filed on April 26, 2006, it is

        ORDERED that the motion is denied.

        Dated: April 27, 2006

        BY THE COURT:

        s/Richard P. Matsch
        _____
        Richard P. Matsch, Senior District Judge