IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.  04-cv-01876-RPM

KIRK WARREN,

        Plaintiff,

v.

AMERICAN BANKERS INSURANCE COMPANY OF FLORIDA,

        Defendant.

---

ORDER DENYING MOTION FOR LEAVE TO FILE SECOND ANSWER TO AMENDED COMPLAINT

---

        On March 10, 2006, the defendant filed a Motion for Leave of Court to File Second Answer to Amended Complaint, and tendered the proposed pleading to assert the affirmative defenses of failure to exhaust administrative remedies and the filed rate doctrine.  Upon review of the papers filed in support and opposition to that motion, the Court finds and concludes that the proposed amendments are untimely and futile.  It is therefore

        ORDERED that the motion is denied.

        Dated: April 27, 2006

                              BY THE COURT:

                              s/Richard P. Matsch

                              _____
                              Richard P. Matsch, Senior District Judge