IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.  04-cv-01876-RPM

KIRK WARREN,

                    Plaintiff,

v.

AMERICAN BANKERS INSURANCE COMPANY OF FLORIDA,

                    Defendant.

---

## ORDER OF DISMISSAL FOR LACK OF SUBJECT MATTER JURISDICTION

---

        Although this civil action has been pending since September 10, 2004, and at a

pretrial conference held on May 4, 2006, was determined to be ready for trial to the

Court on the issue of reformation of the three insurance policies in dispute, the

defendant filed a motion to dismiss under Fed. R. Civ. P. 12(b)(1) on May 26, 2006,

based on a decision of the Colorado Court of Appeals in *DiCocco v. National Gen. Ins.*

*Co.,* ___ P.3d ___, 2006 Colo. App. LEXIS 698 (2006).  The plaintiff responded,

asserting that dismissal would be improper under that decision because there is a

reasonable likelihood that the excess policy will be reached, contending that the losses

of Kirk Warren would exceed extended PIP benefit if the policy issued by Liberty

Mutual Fire Insurance Company, the insurer of the vehicle in which the plaintiff was

riding as passenger when injured, is reformed with an aggregate of $200,000.00 as

enhanced benefits.  That policy is the subject of Civil Action No. 05-cv-01891-EWN-

MEH in which Kirk Warren and Kurt Warren are plaintiffs and Liberty Mutual Fire

Insurance Company is the defendant.   In the Preliminary Pretrial Order, entered therein on May 30, 2006, it is clear that the plaintiffs there, including Kirk Warren, are claiming that the policy should be reformed without limitation on the amount of coverage.  Additionally, the plaintiff in this case is not seeking declaratory judgment but is seeking recovery of his losses.

The plaintiff also contends that the Court should not dismiss its claims for bad faith breach of insurance contract.  That argument assumes that the contract has been reformed but that claim is what is not ripe under the holding in *DiCocco*.

In this Court's view, *DiCocco* is controlling law with respect to this case and it is therefore

ORDERED that this civil action is dismissed, without prejudice, for lack of subject matter jurisdiction.

Dated: June 23, 2006

BY THE COURT:

s/Richard P. Matsch

_____

Richard P. Matsch, Senior District Judge