IN THE UNITED STATES DISTRICT COURT
FOR THE STATE OF COLORADO
Senior Judge Richard P. Matsch

Civil Action Nos. 04-cv-01876-RPM-CBS

KIRK WARREN,

    Plaintiff,

v.

AMERICAN BANKERS INSURANCE COMPANY OF FLORIDA, a Florida insurance company,

    Defendant.

---

**ORDER RE: UNOPPOSED MOTION TO CONSOLIDATE RELATED CASES**

---

THE COURT, having reviewed the Unopposed Motion to Consolidate Related Cases filed on August 15, 2008, and having been fully advised herein, hereby GRANTS said motion. It is therefore ORDERED that the action herein and *American Bankers Ins. Co. of Fla. v. Warren, et al.*, 08-cv-00446-LTB are to be consolidated and will proceed before this Court under the older numbered case, Civil Action No. 04-cv-01876-RPM-CBS.

SO ORDERED this 18TH day of <u>August</u>, 2008.

                                          BY THE COURT:

                                          s/Richard P. Matsch

                                          _____

                                          United States District Judge