IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 04-cv-01876-RPM
(Consolidated with 08-cv-00446-RPM)

KIRK WARREN,

        Plaintiff,

v.

AMERICAN BANKERS INSURANCE COMPANY OF FLORIDA,

        Defendant.
and

(Consolidated Case 08-cv-00446-RPM)

AMERICAN BANKERS INSURANCE COMPANY OF FLORIDA,

        Plaintiff,

v.

KAREN WARREN,
LEWEY THOMAS,
LONETTA ASKEW, and
KIRK WARREN,

        Defendants

---

## ORDER

---

Pursuant to the Order Re: Unopposed Motion to Consolidate Related Cases [185], entered by Senior Judge Richard P. Matsch today, it is

ORDERED that the Order of Reference to United States Magistrate Judge Kristen

L. Mix in Civil Action 08-cv-00446-LTB-KLM [3] is vacated and it is

FURTHER ORDERED that the Unopposed - Motion to Withdraw as Counsel of Record in Civil Action 08-cv-00446-LTB-KLM [5] is granted and Julie Cliff has no further responsibility as counsel for the defendant in this action and her electronic notice is terminated, and it is

FURTHER ORDERED that the consolidated cases are set for a scheduling conference on **September 10, 2008, at 11:00 a.m.** in the Conference Room, Second Floor, the Byron White United States Courthouse, 1823 Stout Street, Denver, Colorado. Counsel are directed to comply with the Instructions for Preparation of Scheduling Order which may be found at **http://www.cod.uscourts.gov/judges/judges.aspx** (Senior Judge Richard P. Matsch Procedures) and use the format provided with those instructions (Rev. 1/08). The proposed order (original only) on paper, shall be submitted directly to chambers by **4:00 p.m. on September 4, 2008.**

The conference is conducted with counsel only and no parties or representatives of parties will be permitted to attend.

Dated: August 18th, 2008

BY THE COURT:

s/Richard P. Matsch

_____
Richard P. Matsch, Senior District Judge