IN THE UNITED STATES DISTRICT COURT
                         FOR THE DISTRICT OF COLORADO
                       Senior District Judge Richard P. Matsch

Date:              September 18, 2008
Courtroom Deputy:  J. Chris Smith
FTR Technician:    Kathy Terasaki
_____

Civil Action No. 04-cv-01876-RPM (Consolidated with 08-cv-0046-RPM)

KIRK WARREN,                                          Frances R. Johnson

       Plaintiff,

v.

AMERICAN BANKERS INSURANCE COMPANY OF FLORIDA,        Billy G. Hertzke
                                                      Walter D. Wilson
       Defendant,

and

(Consolidated Case 08-cv-00446-RPM)

AMERICAN BANKERS INSURANCE COMPANY OF FLORIDA,

       Plaintiff,

v.

KAREN WARREN,
LEWEY THOMAS,
LONETTA ASKEW and
KIRK WARREN,

       Defendants.
_____

                              **COURTROOM MINUTES**
_____

## Scheduling Conference

**10:54 a.m.      Court in session.**

Counsel agree discovery is completed except for a Rule 30(b)(6) deposition regarding 2002 underwriting policies.

September 18, 2008
04-cv-01876-RPM

Discussion regarding disputed facts concerning coverage and pending motion for summary judgment.

**ORDERED:    Defendant's Second Motion for Summary Judgment, filed January 18, 2008 [163], is denied (sufficient factual issues to warrant trial).**

Discussion regarding case claims and bifurcation.
**Counsel agree to bifurcation, reformation and rescission claims will be tried to Court and if necessary damages issue will be a jury trial.**

Discussion regarding scheduling.
**Court states Mr. Wilson's presence at the pretrial conference will be excused but instructs Mr. Hertzke to have Mr. Wilson's calendar available.**

**ORDERED:    Pretrial conference scheduled December 5, 2008 at 11:00 a.m.
Proposed pretrial order to be submitted directly to chambers in paper format by 4:00 p.m. November 25, 2008.
No scheduling order entered.
Counsel to submit a revised proposed scheduling order.**

Court states its order of reference practice (joint motion).

**11:15 a.m.    Court in recess.**

Hearing concluded.    Total time in court: 21 min.