IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 04-cv-01876-RPM (Consolidated with 08-cv-0046-RPM)

KIRK WARREN,

    Plaintiff,

v.

AMERICAN BANKERS INSURANCE COMPANY OF FLORIDA,

    Defendant,

and

(Consolidated Case 08-cv-00446-RPM)

AMERICAN BANKERS INSURANCE COMPANY OF FLORIDA,

    Plaintiff,

v.

KAREN WARREN,
LEWEY THOMAS,
LONETTA ASKEW and
KIRK WARREN,

    Defendants.
_____

ORDER SETTING PRETRIAL CONFERENCE
_____

    Pursuant to the hearing convened today, it is

    ORDERED that a pretrial conference is scheduled for **December 5, 2008, at 11:00 a.m.** in the Conference Room, Second Floor, the Byron White United States Courthouse, 1823 Stout Street, Denver, Colorado.  Counsel are directed to comply with the Instructions for Preparation and Submission of Final Pretrial Order which may be

found at **www.cod.uscourts.gov/judges_frame.htm**.  The proposed Final Pretrial Order, original only, shall be delivered in paper form directly to chambers by **4:00 p.m.** on **November 25, 2008.**  The conference is conducted with counsel only and no parties or representatives of parties will be permitted to attend.

DATED: September 18th,  2008

BY THE COURT:

s/Richard P. Matsch

_____
Richard P. Matsch, Senior District Judge