IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 04-cv-01876-RPM
(Consolidated with 08-cv-00446-RPM)

KIRK WARREN,

        Plaintiff,

v.

AMERICAN BANKERS INSURANCE COMPANY OF FLORIDA,

        Defendant.
and

(Consolidated Case 08-cv-00446-RPM)

AMERICAN BANKERS INSURANCE COMPANY OF FLORIDA,

        Plaintiff,
v.

KAREN WARREN,
LEWEY THOMAS,
LONETTA ASKEW, and
KIRK WARREN,

        Defendants

---

ORDER DENYING MOTION TO AMEND ANSWER

---

On October 24, 2008, Karen Warren, Lewey Thomas, Lonetta Askew and Kirk Warren, Defendants in Civil Action 08-cv-00446-RPM, filed a motion to amend their answer to the insurance company's complaint to add as a defense a failure to comply with C.R.S. § 10-4-720 (repealed 2003). American Bankers Insurance Company of

Florida filed its response to that motion on November 13, 2008, asserting that the motion is not timely and the amendment would be futile. The Court agrees with both contentions and it is therefore

ORDERED that the motion to amend is denied.

Dated: November 21st, 2008

BY THE COURT:

s/Richard P. Matsch

_____
Richard P. Matsch, Senior District Judge