IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Date: December 5, 2008
Courtroom Deputy: J. Chris Smith
FTR Technician: Kathy Terasaki

_____

Civil Action No. 04-cv-1876-RPM (Consolidated with 08-cv-0046-RPM)

| | |
|---|---|
| KIRK WARREN, | Frances R. Johnson |
| Plaintiff, | |
| v. | |
| AMERICAN BANKERS INSURANCE COMPANY OF FLORIDA, | Billy G. Hertzke |
| Defendant, | |

and

(Consolidated Case 08-cv-00446-RPM)

AMERICAN BANKERS INSURANCE COMPANY OF FLORIDA,

    Plaintiff,

v.

KAREN WARREN,
LEWEY THOMAS,
LONETTA ASKEW and
KIRK WARREN,

    Defendants.
_____

## COURTROOM MINUTES
_____

**Pretrial Conference**

**10:55 a.m.    Court in session.**

Discussion regarding Defendant's Motion to Stay, filed December 4, 2008 [196].

December 5, 2008
04-cv-01876-RPM

**ORDERED:  Defendant's Motion to Stay, filed December 4, 2008 [196], is denied.**

Court states that its ruling on defendants' motion to stay may be reconsidered after the anticipated certification decision by the Tenth Circuit Court of Appeals.

Discussion regarding Defendant's Motion to Suppress the Testimony of Lindsey Fisher, filed February 26, 2008 [169].

**ORDERED:  Defendant's Motion to Suppress the Testimony of Lindsey Fisher, filed February 26, 2008 [169], is granted.**

Court states Ms. Fisher's deposition may be taken again or she may testify in person at trial.

Court reviews proposed pretrial order with counsel.

Court instructs counsel to review witness and exhibits lists for necessity.

**ORDERED:  Three day Trial to Court scheduled April 27, 2009.
Deadline to exchange final lists of witnesses and exhibits is
March 16, 2009.**

**11:17 a.m.  Court in recess.**

Hearing concluded.   Total time in court: 22 min.