IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 04-cv-01876-RPM
(Consolidated with 08-cv-00446-RPM)

KIRK WARREN,

        Plaintiff,

v.

AMERICAN BANKERS INSURANCE COMPANY OF FLORIDA,

        Defendant.
and

(Consolidated Case 08-cv-00446-RPM)

AMERICAN BANKERS INSURANCE COMPANY OF FLORIDA,

        Plaintiff,

v.

KAREN WARREN,
LEWEY THOMAS,
LONETTA ASKEW, and
KIRK WARREN,

        Defendants

---

## ORDER SETTING TRIAL DATE

---

    Pursuant to the pretrial conference today, it is

    ORDERED that this matter is set for trial to the Court on **April 27, 2009, at 9:00 a.m.,** in Courtroom A, Second Floor, the Byron White United States Courthouse, 1823

Stout Street, Denver, Colorado.  Trial procedures may be found at

**www.cod.uscourts.gov/judges_frame.htm**.

Dated: December 5th, 2008

BY THE COURT:

s/Richard P. Matsch

_____
Richard P. Matsch, Senior District Judge