IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.  04-cv-01876-RPM
(Consolidated with 08-cv-00446-RPM)

KIRK WARREN,

                        Plaintiff,

v.

AMERICAN BANKERS INSURANCE COMPANY OF FLORIDA,

                        Defendant.
and

(Consolidated Case 08-cv-00446-RPM)

AMERICAN BANKERS INSURANCE COMPANY OF FLORIDA,

                        Plaintiff,

v.

KAREN WARREN,
LEWEY THOMAS,
LONETTA ASKEW, and
KIRK WARREN,

                        Defendants

_____

ORDER VACATING TRIAL DATE AND FOR STAY OF FURTHER PROCEEDINGS
_____

        Upon consideration of the defendant's second motion to dismiss or to stay and

request to vacate trial date [200], filed February 17, 2009, and it appearing that because

of the decision of the Tenth Circuit Court of Appeals reversing the grant of summary

judgment to Liberty Mutual Fire Insurance Company in the related case and because the

Liberty Mutual policy provides primary insurance coverage and the outcome of that

litigation may affect the issues in this case, including the possibility that Liberty Mutual

may be liable for all of the injuries sustained by Kirk Warren, it is

ORDERED that the trial date of April 27, 2009, is vacated and it is

FURTHER ORDERED that proceedings in this civil action are stayed pending

disposition of the civil action against Liberty Mutual Fire Insurance Company.

Dated:  February 20th, 2009

BY THE COURT:

s/Richard P. Matsch

_____
Richard P. Matsch, Senior District Judge