IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.  04-cv-01876-RPM
(Consolidated with 08-cv-00446-RPM)

KIRK WARREN,

        Plaintiff,

v.

AMERICAN BANKERS INSURANCE COMPANY OF FLORIDA,

        Defendant.

and

(Consolidated Case 08-cv-00446-RPM)

AMERICAN BANKERS INSURANCE COMPANY OF FLORIDA,

        Plaintiff,

v.

KAREN WARREN,
LEWEY THOMAS,
LONETTA ASKEW, and
KIRK WARREN,

        Defendants

---

ORDER DENYING MOTION TO CONSOLIDATE

---

On March 16, 2009, Kirk Warren filed a motion to consolidate this civil action with Civil Action No. 05-cv-01891-PAB-MEH, *Warren v. Liberty Mutual Fire Insurance Company*, pursuant to Fed.R.Civ.P. 42(a).  American Bankers Insurance Company of Florida filed its opposition to the motion on April 6, 2009.  The civil actions are not related and do not involve common questions of fact and law sufficient for consolidation.

Indeed, this civil action has been stayed by this Court's order of February 20, 2009, because it is dependent upon the outcome of the *Liberty Mutual* case. Accordingly, it is

ORDERED that the motion to consolidate related cases is denied.

Dated: April 8th, 2009

                BY THE COURT:

                s/Richard P. Matsch

                _____
                Richard P. Matsch, Senior District Judge