IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.  04-cv-01876-RPM
(Consolidated with 08-cv-00446-RPM)

KAREN WARREN, Personal Representative of the Estate of Kirk Warren,

    Plaintiff,
v.

AMERICAN BANKERS INSURANCE COMPANY OF FLORIDA,

    Defendant.
and

(Consolidated Case 08-cv-00446-RPM)

AMERICAN BANKERS INSURANCE COMPANY OF FLORIDA,

    Plaintiff,
v.

KAREN WARREN,
LEWEY THOMAS,
LONETTA ASKEW, and
KIRK WARREN,

    Defendants.

_____

ORDER FOR STATUS CONFERENCE
_____

Upon review of the Second Amended Complaint, filed April 9, 2012, and the defendant's answer in Civil Action No. 04-cv-01876-RPM, it appears that some of the issues raised by the parties will be addressed before trial, including the issue of survivability, the applicability of the Colorado Consumer Protection Act given that Kirk

Warren was not an applicant for any of the subject insurance policies and the scope of damages that may be recovered. Accordingly, it is

ORDERED that a status conference will be convened for the purpose of discussing the pretrial procedures to be followed in these civil actions.

DATED: April 25th, 2012

BY THE COURT:

s/Richard P. Matsch
_____
Richard P. Matsch, Senior District Judge