IN THE UNITED STATES DISTRICT COURT
FOR THE STATE OF COLORADO

Civil Action No. 04-cv-01876-RPM
(Consolidated with 08-cv-00446-RPM)

KAREN WARREN, Personal Representative of the Estate of Kirk Warren,

    Plaintiff,

v.

AMERICAN BANKERS INSURANCE COMPANY OF FLORIDA, a Florida insurance company,

    Defendant.

and

(Consolidated Case 08-cv-00446-RPM)

AMERICAN BANKERS INSURANCE COMPANY OF FLORIDA,

    Plaintiff,

v.

KAREN WARREN, LEWEY THOMAS, LONETTA ASKEW, and KIRK WARREN,

    Defendants.

---

## ORDER OF DISMISSAL

---

THIS MATTER having come before the Court on the Joint Stipulation of Dismissal of Case With Prejudice, and the Court being fully advised in the premises, it is therefore

**ORDERED** that this matter shall be **DISMISSED WITH PREJUDICE**, each party to pay their own fees and costs.

DATED: September 21st, 2012

                BY THE COURT:

                s/Richard P. Matsch

                _____
                Richard P. Matsch, District Judge